UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIRK TOSTIGE,

    Plaintiff,

v.                                              CASE NO.: 8:12-cv-2103-T-23TGW

UNITED STATES POSTAL SERVICE,

    Defendant.
_____/

## **ORDER**

    In this "Track One" case under the Freedom of Information Act, the *pro se* plaintiff moves (Doc. 11) for the United States "to produce [a] *Vaughn* index" before the United States moves for summary judgment. The motion is **DENIED**.

    The dispositive motion deadline is **AUGUST 9, 2013**. The response deadline is **AUGUST 26, 2013**.

    ORDERED in Tampa, Florida, on June 25, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE